SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAY 1 2 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| CASE CREDIT CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| BARGE TT7004 and BARGE CT2602, | § | |
| their equipment and appurtenances, | § | CIVIL ACTION NO. H-03-3733 |
| *in rem*, and | § | |
| | § | |
| EXPORT-IMPORT ASPHALT, LLC | § | |
| GATOR RED RIVER INDUSTRIES, LLC | § | |
| GATOR RECYCLERS INTERNATIONAL, | § | |
| INC., and BOB S. PATTERSON, | § | |
| *in personam*, | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

In accordance with the findings set forth in the Memorandum and Order signed on this date granting entry of default and default judgment in favor of the Plaintiff, the Court finds that there is no just reason for delay and that FINAL JUDGMENT should be entered against the in personam Defendants. *See* FED. R. CIV. P. 54(b).

It is therefore ORDERED that Plaintiff recover from Defendants Export-Import Asphalt, LLC, Gator Red River Industries, LLC, Gator Recyclers International, Inc., and Bob S. Patterson judgment in the amount of $453,082.26, plus attorneys' fees in the amount of $22,131.73. The above sums shall bear interest at the rate of 3.33% per annum from the date of judgment until paid. All other relief not expressly granted herein is DENIED.

This is a FINAL JUDGMENT.

Signed this __11th__ day of __May__, 2005.

*John D. Rainey*
JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE